# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **Victoria Matthews,** <br> **Administrator Of The Estate Of** <br> **Cody Bohanan,** <br><br> Plaintiff, <br><br> v. <br><br> **Butler County,** *et al*. <br><br> Defendants. | **Case No. 1:22-cv-00380** <br><br> **Judge Michael R. Barrett** <br><br> **Magistrate Judge Stephanie K. Bowman** |

### PARTIES' JOINT MOTION TO EXTEND DISCOVERY SCHEDULE

The Parties, through counsel, respectfully request a sixty-day extension of remaining deadlines stated in the Court's December 6, 2022 Order (Doc. 11).

The Parties have been working together to complete discovery. At this time, paper discovery is nearly complete. The Parties have scheduled the depositions of Plaintiff and family members of Cody Bohanan, multiple Defendant Officers, and other witnesses in June 2023. The Parties are working together to set the depositions of remaining witnesses in the coming weeks. However, due to counsel's schedules and witnesses' availability, the Parties have determined that they will be unable to complete all depositions prior to the current discovery deadline of July 10, 2023.

The Parties now respectfully and jointly request an extension of deadlines to permit completion of discovery. The Parties believe a sixty-day extension is sufficient to accomplish this task. The Parties respectfully request an extension of dates as follows:

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| **Fact Discovery** | July 10, 2023 | September 10, 2023 |
| **Plaintiff Expert Disclosures/Reports** | July 31, 2023 | September 30, 2023 |
| **Defense Expert Disclosures/Reports** | September 15, 2023 | November 15, 2023 |
| **Rebuttal Expert Disclosures/Reports** | October 16, 2023 | December 16, 2023 |
| **Expert Discovery** | December 15, 2023 | February 15, 2024 |
| **Dispositive Motion Deadline** | January 31, 2024 | March 31, 2024 |

This request is made in good faith and for good cause, will not unfairly prejudice any party, and has not been made for the purpose of undue delay or harassment.

Respectfully submitted,

*/s/ Jacqueline Greene*
Jacqueline Greene (0092733)
Rebecca Salley (0097269)
FRIEDMAN GILBERT + GERHARDSTEIN
35 East 7th Street, Suite 201
Cincinnati, Ohio 45202
T: 513-572-4200
F: 216-621-0427
jacqueline@FGGfirm.com
rebecca@FGGfirm.com

Sarah Gelsomino (0084340)
Elizabeth Bonham (0093733)
FRIEDMAN GILBERT + GERHARDSTEIN
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
T: 216-241-1430
F: 216-621-0427
sarah@FGGfirm.com
elizabeth@FGGfirm.com

*Counsel for Plaintiff*

*/s/ Melanie J. Williamson* (per consent)
Melanie J. Williamson (0079528)
Daniel T. Downey (0063753)
FISHEL DOWNEY ALBRECHT & RIEPENOFF LLP
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
(614) 221-1216 – Telephone
(614) 221-8769 – Facsimile
mwilliamson@fisheldowney.com
ddowney@fisheldowney.com

*Attorneys for Butler County, Sheriff Richard K. Jones, Dr. Anthony Abdullah, Steve Purdy, Brian Ruhl, Carla Estep, Timothy Vaughan, Jamie Pearson, Megan Biegel, Brandon Wood, Aaron Green, Christopher Benoit, Joshua Lageman, Brenden Kelly, James Guard, Billy McGuire, Tara Ghalley, Keifer Moody*

## Certificate of Service

      I hereby certify that on June 29, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      */s/ Jacqueline Greene*
      Jacqueline Greene
      *One of the Attorneys for Plaintiff*