# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| Victoria Matthews, Administrator of the Estate of Cody Bohanan, | : | Case No. 1:22-cv-00380 |
| | | Judge Michael R. Barrett |
| Plaintiff, | : | Magistrate Judge Stephanie K. Bowman |
| v. | : | |
| Butler County, *et al.* | : | |
| Defendants. | : | |

## DEFENDANTS' JAMIE PEARSON, MEGAN BIEGEL, DR. ANTHONY ABDULLAH BUTLER COUNTY, OHIO AND SHERIFF RICHARD K. JONES NOTICE OF APPEAL

Notice is hereby given, pursuant to Fed. R. App. P. 3 and 4, that Defendants Jamie Pearson, Megan Biegel, Dr. Anthony Abdullah, Butler County, Ohio, and Sheriff Jones, appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order of the United States District Court, Southern District of Ohio, Western Division (the "District Court"), granting Defendants' Motion for Summary Judgment in part and denying Defendants Motion for Summary Judgment in part. *See* Order, Doc. 82, PageID# 5536-5367. This includes, but is not limited to, the findings against these Defendants and the denial of Defendants' qualified and statutory immunity.

Respectfully Submitted,

s/ Daniel T. Downey
Daniel T. Downey (0063753)
Makenzie McAfee (0102798)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLC**
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
(614) 221-1216 - Telephone
(614) 221-8769 – Facsimile
ddowney@fisheldowney.com

mmcafee@fisheldowney.com
*Attorneys for Defendants Butler County, Sheriff
Richard K. Jones, Dr. Anthony Abdullah, Steve
Purdy, Brian Ruhl, Carla Estep, Timothy Vaughan,
Jamie Pearson, Megan Biegel, Brandon Wood,
Aaron Green, Christopher Benoit, Joshua
Legemann, Brenden Kelly, James Guard, Billy
McGuire, Tara Ghalley, Keifer Moody and Zachary
Mitchell*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Defendants' Jamie Pearson, Megan Biegel, Dr. Anthony Abdullah, Butler County, Ohio and Sheriff Richard K. Jones Notice of appeal** was served, via the Court's CM/ECF system, upon all counsel this 28th day of April 2026.

s/ Daniel T. Downey
Daniel T. Downey (0063753)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLC**
*Attorney for Defendants Butler County, Sheriff
Richard K. Jones, Dr. Anthony Abdullah, Steve
Purdy, Brian Ruhl, Carla Estep, Timothy Vaughan,
Jamie Pearson, Megan Biegel, Brandon Wood,
Aaron Green, Christopher Benoit, Joshua
Legemann, Brenden Kelly, James Guard, Billy
McGuire, Tara Ghalley, Keifer Moody and Zachary
Mitchell*