**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 28, 2026

Ms. Elizabeth Bonham
Friedman, Gilbert & Gerhardstein
50 Public Square
Suite 1900
Cleveland, OH 44113-2205

Mr. Daniel T. Downey
Fishel, Downey, Albrecht & Riepenhoff
7775 Walton Parkway
Suite 200
New Albany, OH 43054

> Re: Case No. 26-3376
> *Victoria Matthews v. Butler County, OH, et al*
> Originating Case No. 1:22-cv-00380

Dear Counsel,

This appeal has been docketed as case number **26-3376** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

Below is a list of requirements for appellant and appellee. Forms should be downloaded from the web site and filed with the Clerk's office by **May 12, 2026**. If the appellate filing fee has not been paid, it must be paid by that date as well.

> Appellant: Appearance of Counsel
> Application for Admission to 6th Circuit Bar (if applicable)

Appellee:    Appearance of Counsel
                Application for Admission to 6th Circuit Bar (if applicable)

**Transcript:**  Appellant counsel must make an initial electronic filing entry, either ordering transcript or certifying transcript will not be ordered, by **May 12, 2026**.  *See FRAP 10(b)(1)*.  For further information regarding the available options and instructions, visit the court's website.  Please note the district court may require additional filings or forms to complete the transcript order.  If the electronic filing is not made by this deadline, a briefing schedule will issue.

    Should you have any questions regarding these requirements, please do not hesitate to contact the Clerk's Office.

Sincerely yours,


Appeal Case Manager: Virginia
Direct Dial No. 513-564-7032


Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-3376**

VICTORIA MATTHEWS, Administrator of the the Estate on behalf of Cody Bohanan

      Plaintiff - Appellee

v.

BUTLER COUNTY, OH; SHERIFF RICHARD K. JONES; MEDICAL DIRECTOR DOCTOR ANTHONY ABDULLAH; JAMIE PEARSON, Paramedic; MEGAN BIEGEL, Paramedic

      Defendants - Appellants